SIMMS·SHOWERS LLP

INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM
443.290.8704

March 8, 2017

**BY CM/ECF**

Hon. George L. Russell, III
United States District Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21030

**Re: 1:17-cv-00246-GLR Probulk Carriers Limited v. Marvel International Management, et al.**

Dear Judge Russell:

With the parties' settlement and dismissal with prejudice of the case, we herewith file and the parties respectfully request the Court's consideration and entry of the accompanying draft order releasing the M/V CAPE ISTANBUL's attachment.

Respectfully Submitted,

J. Stephen Simms

Accompanying page: Draft Vessel Release Order

Copy by CM/ECF with draft order, to all record counsel